IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 18-30504 |
| | ) | Chapter 7 |
| CAROL JEAN LANE, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JOHN W. TAYLOR, Trustee for the | ) | Adversary Proceeding No. 20-3030 |
| Bankruptcy Estate of Carol Jean Lane, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DECLARATION OF SERVICE** |
| | ) | **OF JASON YEDOWITZ** |
| LINDA CLARK, LYNETTE YEDOWITZ | ) | |
| AND JASON YEDOWITZ, | ) | |
| | ) | |
| Defendants. | | |

I, Leann Brummitt, Legal Assistant with John W. Taylor, P.C., 4600 Park Road, Suite 420, Charlotte, North Carolina 28209, hereby declare:

That I am, and at all times hereinafter mentioned was, 18 years of age or older;

That on the 31st day of March, 2020, I mailed via first class mail, a copy of the SUMMONS issued March 31, 2020 and AMENDED COMPLAINT to the following:

Jason Yedowitz
2002 Rosewater Lane
Indian Trail, NC 28079

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 31, 2020

*Leann Brummitt* (signature)
Leann Brummitt, Legal Assistant